UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) |  |
| Plaintiff, ) ) | Civil Action No. 10-cv-5268 |
| v. ) ) | Judge Marvin E. Aspen |
| JUAN JOSE FERNANDEZ GARCIA, AND LUIS MARTIN CARO SANCHEZ, ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. ) ) |  |

### AGREED MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT JUAN JOSE FERNANDEZ GARCIA

Plaintiff Securities and Exchange Commission ("SEC") hereby moves the Court for entry of final judgment as to Defendant Juan Jose Fernandez Garcia ("Garcia"). In support of this Motion, the SEC states as follows:

1. The SEC initiated this action against Defendants Garcia and Luis Martin Caro Sanchez on August 20, 2010.

2. The SEC and Garcia have reached a settlement agreement pursuant to which Garcia has consented to the entry of an order of final judgment. The consent is attached hereto as Exhibit A. The proposed final judgment, which is attached to the consent, would permanently enjoin Garcia from violations of Sections 10(b) and 14(e) of the Exchange Act and Rules 10b-5 and 14e-3 thereunder, order him to pay disgorgement in the amount of $576,032.99, and order him to pay a civil penalty in the amount of $50,000 pursuant to Section 21A of the Exchange Act [15 U.S.C. § 78u-1].

3. The SEC and Garcia have agreed to this motion.

WHEREFORE, the SEC respectfully requests that this Court enter final judgment as to Garcia in the form attached to Exhibit A and grant any other relief as the Court deems appropriate.

Dated: April 25, 2011

Respectfully submitted,

/s/ Frank D. Goldman_____
James G. Lundy
Jonathan S. Polish
Frank D. Goldman
Dee A. O'Hair
U.S. SECURITIES & EXCHANGE
COMMISSION
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Frank D. Goldman, hereby certify that, on April 25, 2011, I caused a copy of the foregoing **Agreed Motion for Entry of Final Judgment as to Defendant Juan Jose Fernandez Garcia** to be served upon the following counsel by the Court's CM/ECF system:

Scott R. Lassar (slassar@sidley.com)
David Andrew Gordon (dgordon@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Pravin B. Rao (prao@perkinscoie.com)
Jonathan R. Buck (jbuck@perkinscoie.com)
Perkins Coie LLC
131 S. Dearborn, Suite 1700
Chicago, IL 60603-5559

/s/ Frank D. Goldman_____